IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA REYES, INDIVIDUALLY AND AS NEXT FRIEND OF XXXX XXXXXXXX, A MINOR, AND CONSTANCIA HERNANDEZ | § § § § § | |
| vs. | § § | CIVIL ACTION NO. |
| MAX ALONSO GONZALEZ PEREZ AND ALFONSO G. DELGADO | § § | JURY DEMANDED |

## APPLICATION AND NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to 28 U.S.C. §1332(a)(2) and Rule 81 of the local rules for the Southern District of Texas, Defendant ALFONSO G. DELGADO ("Applicant") files this Application and Notice of Removal and in support thereof would show the Court the following:

1. On December 19, 2019, Plaintiffs, **MARIA REYES, INDIVIDUALLY AND AS NEXT FRIEND OF XXXX XXXXXXX, A MINOR, AND CONSTANCIA HERNANDEZ** filed their Plaintiffs' Original Petition in a cause of action against Applicant in the 357th District Court of Cameron County, Texas, *Cause No. 2019-DCL-07364*.

2. Pursuant to 28 U.S.C. §1446 this notice of removal was filed within 30 days after the Defendant first received notice of Plaintiffs' Original Petition from which it was ascertained that the case is one which is removable.

3. Plaintiffs MARIA REYES, INDIVIDUALLY AND AS NEXT FRIEND OF XXXX XXXXXXX, A MINOR, AND CONSTANCIA HERNANDEZ are residents of

Cameron, Texas. Applicant Alfonso G. Delgado is a citizen and resident of Mexico. Therefore, removal is based upon alienage jurisdiction.

4. The action described in Paragraph 5 arises from a motor vehicle incident that occurred in Cameron County, Texas on or about March 1, 2018. Plaintiffs have plead that the Court has subject matter jurisdiction over this action because Plaintiffs seek damages within the Court's jurisdictional limits and the incident giving rise to the cause of action occurred in Cameron County, Texas.

5. The amount in controversy exceeds $75,001.00. Plaintiffs seek an amount over the jurisdictional limits. See Plaintiffs' demand dated July 15, 2019.

6. Pursuant to Rule 81 of the Local Rules of the Southern District of Texas Applicant would show the following:

Plaintiffs: Maria Reyes, Individually And As Next Friend Of Xxxx Xxxxxxx, A Minor, And Constancia Hernandez

Defendants: Alfonso G. Delgado
Max Alonso Gonzalez Perez

7. Status of service of process: Status of service of process: On or about December 20, 2019, Defendant ALFONSO G. DELGADO, by and through the Texas Secretary of State, 1019 Brazos Street, Austin, Texas 78701 was served with citation and Plaintiffs' Original Petition.

Counsel for each party is as follows:

**Counsel for Plaintiffs:**
Aizar J. Karam, Jr.
State Bar No. 00796860
Bertha Nelda Barba
State Bar No. 24038915
Karam Law Firm
1722 Pecan Avenue
McAllen, Texas 78501

2

Tel: 956-630-5700
Fax: 956-630-5702
Email: akaram@karamlawfirm.com
       bertha@karamlawfirm.com

**Counsel for Defendant:** Alfonso G. Delgado
Glenn D. Romero
State Bar No. 17224025
Federal Bar No. 7734
Vidaurri, Lyde, Rodriguez & Haynes, LLP
202 North 10th Avenue
Edinburg, Texas 78451
Telephone: 956-381-6602
Facsimile: 956-381-0725
Email: gromero@vlrhlaw.com

a. A jury was demanded by the parties in district court and the jury fee was paid.

b. Name and address of court from which the case is being removed:

   357th District Court
   Cameron County Courthouse
   974 E. Harrison St.
   Brownsville, Texas 78520

8. Pursuant to Local Rule 81, a copy of all pleadings asserting causes of action and all answers to such pleadings, a copy of the docket sheet and an index of the matters being filed are attached hereto.

WHEREFORE PREMISES CONSIDERED, Applicants pray that the above action now pending in the 357th District Court of Cameron County, Texas, *Cause No.2019-DCL-07364-E* styled *Maria E. Reyes, Individually and As Next Friedn of E.R., a minor, and Constancia Hernandez vs. Max Alonso Gonzalez Perez and Alfonso G. Delgado,* be removed to this Court pursuant to Rule 28 U.S.C. §1332 and Rule 81 of the Local Rules of the Southern District of Texas and that Defendant may have such other and further relief at law or in equity to which they may show themselves justly entitled.

3

Respectfully submitted,

By: _____
Glenn D. Romero
Attorney in Charge
State Bar No. 17224025
Federal Bar No. 7734

*ATTORNEYS FOR DEFENDANT*
*ALFONSO G. DELGADO*

Of Counsel:
Vidaurri, Lyde, Rodriguez & Haynes, LLP
202 North 10th Avenue
Edinburg, Texas 78541
Telephone: 956-381-6602
Facsimile: 956-381-0725
Attorney for Defendant
*ALFONSO G. DELGADO*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document has been forwarded to opposing counsel on January ___20th___, 2020, as follows:

**VIA E-SERVICE:**
Aizar J. Karam, Jr
Karam Law Firm
1722 Pecan Avenue
McAllen, Texas 78501

_____
Glenn D. Romero

4