United States District Court
Southern District of Texas
**ENTERED**
March 29, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| MARIA REYES, ET AL. <br> Plaintiffs, | § § § | |
| v. | § § | Civil Action No. 1:20-cv-00012 |
| ALFONSO G. DELGADO, ET AL., <br> Defendants. | § § § § § | |

### ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' "Federal Rule 41(a)(1)(A)(ii) Joint Stipulation of Dismissal with Prejudice" (Dkt. No. 26). Accordingly, Plaintiffs' claims against Defendants are **DISMISSED WITH PREJUDICE**. The parties will bear their own attorney fees, expenses, and costs of the Court. The District Clerk's Office is **ORDERED** to close this case.

Signed on this 29th day of March, 2021.

_____
Rolando Olvera
United States District Judge